In the Matter of SANDRA GARCIA, Respondent, v. RAMON GARCIA, Appellant.—

Concur — Nunez, J. P., Kupferman, McNally, Tilzer and Macken, JJ.